UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| FREDERICK J. BENSON, | ) | |
| Petitioner, | ) | 3:05-cv-0464-PMP-VPC |
| vs. | ) | |
| | ) | **ORDER** |
| MICHAEL BUDGE, *et al.*, | ) | |
| Respondents. | ) | |

This action proceeds on a petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254, by Frederick J. Benson, a Nevada prisoner represented by counsel.

Before the Court is petitioner's motion to reopen the case following his return to state court. ECF No. 33. No opposition to the motion has been filed by respondents. Therefore, good cause appearing, the motion shall be granted.

**IT IS THEREFORE ORDERED** that petitioner's motion to reopen his action (ECF No. 33) is **GRANTED**.

**IT IS FURTHER ORDERED** that the clerk shall reopen this action and shall detach and filed the exhibits to this motion as supplemental exhibits to the First Amended Petition issuance of the remittitur by the Supreme Court of Nevada at the conclusion of the state court proceedings.

**IT IS FURTHER ORDERED** that the respondents shall have forty-five days to file

1  their answer to the first amended petition, which shall include any and all affirmative or procedural
2  defenses and shall address the merits of the claims presented therein.  Thereafter, petitioner shall
3  have forty five days to file his reply.

5        Dated this _ 23rd day of February, 2012.

7                                               UNITED STATES DISTRICT JUDGE