UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| FREDERICK J. BENSON, | ) | |
| Petitioner, | ) | 3:05-cv-0464-PMP-VPC |
| vs. | ) | |
| | ) | **ORDER** |
| MICHAEL BUDGE, *et al.*, | ) | |
| Respondents. | ) | |

This action proceeds on a petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254, by Frederick J. Benson, a Nevada prisoner represented by counsel.

Before the Court is petitioner's motion to extend time for his response to the pending motion to dismiss (ECF No. 38). Good cause appearing, the motion shall be granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for time (ECF No. 38) is **GRANTED**. The response to the motion to dismiss shall be filed on or before April 30, 2012.

Dated this 23rd day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE