AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

FREDRICK J. BENSON,

      Petitioner,    JUDGMENT IN A CIVIL CASE
V.

          CASE NUMBER:  **3:05-cv-00464-GMN-VPC**

MICHAEL BUDGE, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that petitioner's first amended petition for writ of habeas corpus (#14) is DENIED.
    **IT IS FURTHER ORDERED** that a certificate of appealability is DENIED.

  March 30, 2015    **LANCE S. WILSON**
                              Clerk

                                /s/ D. R. Morgan
                              Deputy Clerk